**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Fintube, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Kentube** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3121928** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **555 W 41st Street** <br> **Tulsa, OK 74107** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Tulsa** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Fintube, LLC**
_____                Case number (*if known*) _____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Fintube, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### ◼ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Fintube, LLC**                                                                 Case number (*if known*) _____

            Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 27, 2017**
                MM / DD / YYYY

**X** **/s/ Michael Mann**                                          **Michael Mann**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Sam G. Bratton**                    Date  **June 27, 2017**
Signature of attorney for debtor                     MM / DD / YYYY

**Sam G. Bratton**
Printed name

**Doerner, Saunders, Daniel & Anderson, L.L.P.**
Firm name

**Two West Second Street, Suite 700**
**Tulsa, OK 74103-3117**
Number, Street, City, State & ZIP Code

Contact phone  **(918) 582-1211**    Email address  **sbratton@dsda.com**

Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fintube, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OKLAHOMA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ROSA, JACK** | **Jack Rosa**<br><br>**jack.rosa@me.com** | **wages, severance** | | | | $544,179.68 |
| **CUSTOM STEEL PROCESSING (PURCH) PO BOX 39 MADISON, IL 62060** | **N. Monfre**<br><br>**nmonfre@customs teelpro.com 68-876-7243** | **Supplier** | | | | $440,324.54 |
| **O'NEAL FLAT ROLLED METALS REMIT TO P.O. BOX 951858 DALLAS, TX 75395-1858** | **Darla DuCoing**<br><br>**Darla.DuCoing@ofr metals.com 877-335-6927** | **Supplier** | | | | $149,030.43 |
| **VPAY - STONEEAGLE SERVICE INC. 111 W SPRING VALLEY RD #100 RICHARDSON, TX 75081** | **Linda Manister**<br><br>**Linda.Manister@He althSmart.com 405-251-4834** | **Services** | | | | $60,014.35 |
| **RAYMOND A MILLER JR DBA THE MILLER BLDG 1401 S BOULDER AVE TULSA, OK 74119-3649** | **Tom Obrien**<br><br>**tom.obrien@cbreo k.com 918-663-6402** | **services** | | | | $53,826.08 |
| **LEE SUPPLY P.O. BOX 1475 TULSA, OK 74101-1475** | **Larry**<br><br>**larry@leesupplytul sa.com 918-582-3471** | **Supplier** | | | | $41,821.12 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Fintube, LLC**
_____   Case number _(if known)_   _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A588 & A572 STEEL COMPANY, THE 1470 50TH STREET NORTH BIRMINGHAM, AL 35212 | H. Martin hmartin@a588steel.com 412-366-1980 | **Supplier** | | | | $24,559.40 |
| FINN DIXON & HERLING LLP SIX LANDMARK SQUARE STAMFORD, CT 06901-2704 | C. Downey CDowney@fdh.com 203-325-5001 | services | | | | $24,141.00 |
| PUBLIC SERVICE COMPANY OF OKLAHOMA P.O. BOX 24421 CANTON, OH 44701-4421 | M. Gordon msgordon@aep.com | Utility Provider | | | | $22,590.49 |
| WCA LOGISTICS LLC    (CARTER) 643 BODEY CIRCLE URBANA, OH 43078 | R. Crabill rcrabill@wcalogistics.com 937-653-6111 | Supplier | | | | $22,561.33 |
| STEEL SERVICE COMPANY, INC. 24412 AMAH PARKWAY CLAREMORE, OK 74019 | Donna donna@steelserviceco.com 918341-6390 | Supplier | | | | $20,321.64 |
| MARSH USA INC OKLAHOMA PO BOX 846015 DALLAS, TX 75284-6015 | Randall Pierce Randall.W.Pierce@marsh.com 918-586-7995 | services | | | | $16,410.00 |
| BABCOCK & WILSON 13024 BALLANTYNE CORPORATE PLACE SUITE 700 CHARLOTTETOWN, PEI, NC 08277 | 740-687-4243 | Services | | | | $14,760.37 |
| THERMAL SPECIALTIES  INC 6314 E 15th STREET TULSA, OK 74112 | B. Marshall bmarshall@thermalspecialties.com 918-227-4805 | Supplier | | | | $13,432.56 |
| JADTIS INDUSTRIES, LP 13365 BRANCH VIEW LANE DALLAS, TX 75234 | Heather heather@jadtis.com | Supplier | | | | $13,234.20 |

Debtor   **Fintube, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CLEARWATER ENTERPRISES LLC PO BOX 26706 OKLAHOMA CITY, OK 73126-0706 | J. Dye jdye@clearwaterenterprises.net 918-445-4000 | Supplier | | | | $10,536.63 |
| SPRINGPOINT TECHNOLOGIES MANAGED SERVICE P.O. BOX 720971 NORMAN, OK 73070 | S. Alfred salfred@myspringpoint.com | services | | | | $9,649.04 |
| STEELTECH, LTD. 1251 PHILLIPS AVE. S.W. GRAND RAPIDS, MI 49507-1589 | J. Dyk jdyk@steeltechltd.com 616-243-0091 | Supplier | | | | $9,005.00 |
| ARBOR METAL LLC PO BOX 205294 DALLAS, TX 75320-5294 | Shelley Bledsoe Shelley.Bledsoe@arbormetals.com 214-237-1508 | Supplier | | | | $7,975.48 |
| INSIGHT SOFTWARE .COM INC 5613 DTC PARKWAY STE 950 GREENWOOD VILLAGE, CO 80111 | Linda Shaver linda.shaver@gohubble.com 303-785-8345 | Services | | | | $7,750.00 |

| | | |
|---|---|---|
| A-1 SERVICE SOLUTIONS<br>9512 E 118 PL SOUTH<br>BIXBY, OK 74008 | ADMIRAL EXPRESS INC<br>PO BOX 470650<br>TULSA, OK 74147-0650 | ALBURTY, JOHNNY L.<br>613 N. CLEVELAND<br>SAND SPRINGS, OK 74063 |
| A588 & A572 STEEL COMPANY, THE<br>1470 50TH STREET NORTH<br>BIRMINGHAM, AL 35212 | ADVANCED MICROBIAL SERVICE, INC<br>5738 S. 116TH WEST AVE<br>SAND SPRINGS, OK 74063 | ALETAS y BIRLOS<br>Carretera Libre a Colombia K<br>SALINAS VICTORIA N.L. 65 |
| ABUNDANT SOLUTIONS INC<br>PO BOX 823461<br>PHILADELPHIA, PA 19182-3461 | ADVANCED PLASTICS INC.<br>11212 E. 112th STREET NORTH<br>OWASSO, OK 74055-4227 | ALL AMERICAN FORKLIFT<br>PO BOX 100   DEPT NO 1501<br>BIXBY, OK 74008-0100 |
| ACCURATE MANUFACTURING, INC.<br>2765 DAWSON ROAD<br>TULSA, OK 74015 | ADVANCED TECHNICAL SERVICES<br>3335 S 139TH E AVE<br>TULSA, OK 74134 | ALRO STEEL CORPORATION  (<br>4321 N GARNETT ROAD<br>TULSA, OK 74116 |
| ACI CENTRAL, INC.<br>PO BOX 53<br>CHARLOTTETOWN, PEI, CN C1A 7K | ADVANTAGE FIRST AID AND SAFETY<br>PO BOX 7853<br>SPRINGDALE, AR 72766 | ALSTON, LOUIS<br>109 W 53RD PLACE<br>SAND SPRINGS, OK 74063 |
| ACI PLASTICS & MANUFACTURING INS.<br>6530 WINNER ROAD<br>KANSAS CITY, MO 64125 | AES CERTIFIED LLC<br>1420 W 35TH STREET  SUITE C<br>TULSA, OK 74107 | American Alloy Steel, In<br>P.O. BOX 40469<br>HOUSTON, TX 77240-0469 |
| ACME PLUMBING & HEATING, INC.<br>1111 EAST ARCHER<br>TULSA, OK 74120-1204 | AFCO CREDIT CORPORATION<br>PO BOX 120809<br>DEPT. 0809<br>DALLAS, TX 75312-0809 | AMERICAN BOILER MANUFACTA<br>8221 OLD COURTHOUSE ROAD<br>VIENNA, VA 22182 |
| ADAMS, WALTER L.<br>12409 E 14TH ST<br>TULSA, OK 74128 | AFLAC    C/O REMITTANCE PROCESSING CNT<br>1932 WYNNTON RD<br>COLUMBUS, GA 31999 | AMERICAN FIDELITY ASSURAC<br>P.O. BOX 268805<br>OKLAHOMA CITY, OK 73126- |
| ADAY, JAN<br>19705 E. 38TH PLACE<br>BROKEN ARROW, OK 74014 | AGUNDIZ, ANTONIO<br>1326 S 124 E AVE<br>TULSA, OK 74128 | AMERICAN PIPING INSPECTI<br>17110 E PINE ST<br>TULSA, OK 74116 |
| ADDISON MACHINE ENG., INC.<br>1301 INDUSTRIAL ROAD<br>REEDSBURG, WI 53959 | ALBERTA BOILERS SAFETY ASSOCIATION<br>9410-20 AVENUE<br>EDMONTON, AB T6N 0A4 | AMERICAN PIPING PRODUCTS(<br>825 MARYVILLE CENTRE DRIV<br>SUITE 310<br>CHESTERFIELD, MO 63017 |

AMERICAN TRANSFER STORAGE COMPANY OKLA    AMERICAN UNITED LIFE INS CO    AMERICAN WELDING & GAS OKLAHOMA    CRC
PO BOX 690506                              22 LAW DR                      PO BOX 790408
TULSA, OK 74169-0506                       FAIRFIELD, NJ 07007-2900       ST LOUIS, MO 63179-0408


AMERICAN WASTE CONTROL INC.                ASSOCIATED PENSION CONSULTANTS    BARRACUDA NETWORKS INC
PO BOX 21054                               6800 JERICHO TPKE                 DEPT LA 22762
TULSA, OK 74121-1054                       STE 200W                          PASADENA, CA 91185-2762
                                           SYOSSET, NY 11791


AMRON ENTERPRISES                          AW SPECIALTIES LLC             BARTHOLOMEW, WILLIAM
1205 FRANKOMA RD                           PO BOX 1107                    7343 EAST MARSHALL PLACE
SAPULPA, OK 74066                          CLAREMORE, OK 74018            TULSA, OK 74115


ANAGO FRANCHISING INC  c/ ANAGO OF TULSA   AXA EQUITABLE LIFE INS CO      BEACON STAMPS AND SEAL C
4725 S MEMORIAL DR                         BOX 371405                     2521 SOUTH SHERIDAN
SUITE A                                    PITTSBURGH, PA 15250-7405      TULSA, OK 74129
TULSA, OK 74145


ANDERSON, AARON B.                         B & M OIL COMPANY, INC.        BEI INDUSTRIAL ENCODERS
14314 E 113 ST NORTH                       P.O. BOX 9309                  24728 NETWORK PLACE
OWASSO, OK 74055                           TULSA, OK 74157-0309           CHICAGO, IL 60673-1247


ANDERSON, DAVID                            B&L CONSULTING LLC             BEINKE, NATHAN D.
1630 E 440 RD                              PO BOX 766                     25780 E 90TH PL SO
CLAREMORE, OK 74017                        BROKEN ARROW, OK 74013         BROKEN ARROW, OK 74014


ARBOR METAL LLC                            BABCOCK & WILSON               BELL, WILLIAM E
PO BOX 205294                              13024 BALLANTYNE CORPORATE PLACE    6033 MEADOW ROAD
DALLAS, TX 75320-5294                      SUITE 700                      NORTH RICHLAND HILLS, TX
                                           CHARLOTTETOWN, PEI, NC 08277


ARCHDALE, EMILY                            BAGWELL, BILL M                BENNETT, JIMMY D.
19302 CYPRESS COURT                        P O BOX 162                    22083 E 201ST SOUTH
CATOOSA, OK 74015                          OILTON, OK 74052               HASKELL, OK 74436


ARROW TOOL & GAUGE COMPANY INC             BAGWELL, GARRETT               BERNAL, CELSO
14323 EAST MARSHALL                        PO BOX 665                     16819 S LEWIS AVENUE
TULSA, OK 74116                            OILTON, OK 74052               BIXBY, OK 74008


ASHLEY, AMBER                              BANK OF OKLAHOMA               AUTO DESK    BEST BUY
7903 N. 132 E. AVE.                        ONE WILLIAMS CENTER            10303 E. 71ST STREET
OWASSO, OK 74055                           TULSA, OK 74103               TULSA, OK 74133

BEST GRINDING, INC.
7904 E 11TH
TULSA, OK 74112-5722

BOWEN, ROBERT USB
P O BOX 764
SAPULPA, OK 74067

717 CPER MICHAEL J.
1026 WESLEY DRIVE
BROKEN ARROW, OK 74012


BEYARD, RONNIE
P.O. BOX 1451
BROKEN ARROW, OK 74013

BOWERS OIL COMPANY
4518 WEST 21ST
TULSA, OK 74107

BVA GROUP LLC
7250 DALLAS PARKWAY
SUITE 200
PLANO, TX 75024


BIG 4 FILTRATION
3511 SOUTH SHERIDAN ROAD
TULSA, OK 74145

BOWYER, CHARLEY C.
3608 CANTERBURY
MUSKOGEE, OK 74403

BY HIM INDUSTRIES LLC
507 EAST E STREET
JENKS, OK 74037


BILLY GENE CARTER
PO BOX 11
SCHULTER, OK 74460

BOYCE, JEROME W.
5723 S VANCOUVER PLACE
TULSA, OK 74107

C4, INCORPORATED
6746 EAST 12TH STREET
DEPT. 1246
TULSA, OK 74112


BISHOP LIFTING PRODUCTS INC
125 MCCARTY ST
HOUSTON, TX 77029

BRAND EXPORT PACKING INC
2751 E. APACHE STREET
TULSA, OK 74110

CAMATEC INDUSTRIAL SPECIU
775 Paul-Lussier, local 2
Ste. Helen de Bagot, QU


BISHOP, JOHN B.
558 SHADOW CIRCLE
SAPULPA, OK 74066

BROWN, DARIUS
2111 N ST. LOUIS AVE
TULSA, OK 74106

CAPITAL MACHINE TECHNOLGI
911 US HIGHWAY 301 S
TAMPA, FL 33619


BIZER, MARGIE K.
5104 W. 63RD ST.
TULSA, OK 74131

BROWN, TIMOTHY D.
PO BOX 654
STRATFORD, OK 74872

CAPITAL PARTNERS
301 MERRITT 7
3RD FLOOR
NORWALK, CT 06851


BLACK, HUSTON W.
402028 W 2800 RD
RAMONA, OK 74061

BUREAU VERITAS CERTIFICATION NORTH AME
100 East 15th Street
Suite 620
FORT WORTH, TX 76102

CAPITAL PARTNERS - EXPEN
301 MERRITT 7
3RD FLOOR
NORWALK, CT 06851


BOKF dba Bank of Oklahoma
8th Floor, PO Box 2300
Tulsa, OK 74102

BURGER, JERRY D.
11587 W. 86TH ST. S.
SAPULPA, OK 74066

CARBOLINE COMPANY
P.O. BOX 931942
CLEVELAND, OH 44193-0004


BORCHERT, RICHARD K
407 S BROADWAY
BEGGS, OK 74421

BUSINESS CREDIT REPORT
1645 NASHVILL PIKE
GALLATIN, TN 37066

CARDONA, ROBERT JAY
482 RAINIER ST.
CEDAR HILL, TX 75104-751

CARLTON-BATES COMPANY
P.O. BOX 676182
DALLAS, TX 75267-6182

CHEROKEE HOSE & SUPPLY
2442 W SKELLY DRIVE
TULSA, OK 74107

COTTRELL, LISA A.
313 FAIRWAY DRIVE
BROKEN ARROW, OK 74011

CARTER, BILLY G.
PO BOX 11
SCHULTER, OK 74460

CINTAS CORP.
5940 SO 129th EAST AVE
TULSA, OK 74134

COWAN, TYLER F.
527 S. 108TH E. AVE.
TULSA, OK 74128

CAVITT, TERRY H
1512 E. HELENA STREET
BROKEN ARROW, OK 74012

CITY OF TULSA - UTILITIES SERVICES
175 East 2nd Street
City Hall- Suite 1405
TULSA, OK 74103

CREAMERS & FREIGHTERS OF T...
5400 S GARNETT RD
TULSA, OK 74146

CDW DIRECT LLC    PURCHASING
120 S RIVERSIDE
CDW PLAZA
CHICAGO, IL 60606

CITY OF TULSA, DEPT OF FINANCE
175 East 2nd Street
DEPT. 2583
TULSA, OK 74103

CROWE & DUNLEVY P C
324 NORTH ROBINSON AVE
SUITE 100
OKLAHOMA CITY, OK 73102

Central Steel Supply, Co., Inc.
85 Ames Street
Marlborough, MA 01752

CLARK, KIMBERLY N.
4206 E. 94TH ST.
TULSA, OK 74137

CULLIGAN OF TULSA (REMITT...
P.O. BOX 9697
TULSA, OK 74157-0697

CHAMBERS, DAVID W.
P.O. BOX 308
PRUE, OK 74060

CLEARWATER ENTERPRISES LLC
PO BOX 26706
OKLAHOMA CITY, OK 73126-0706

CUMMINGS, LARRY J.
701 W MOORE
HENRYETTA, OK 74437

CHAMBERS, MELANIE A.
5014 S. 164TH E. AVE.
TULSA, OK 74134

COMMUNITYCARE EAP
P.O. BOX 21228
TULSA, OK 74121-1228

CURRY, TOMMY N
8203 S 77TH E. AVE
#2031
TULSA, OK 74133

CHEMSEARCH
P.O. BOX 971269
DALLAS, TX 75397-1269

CONNER & WINTERS LLP
4000 ONE WILLIAMS CENTER
TULSA, OK 74172-0148

CUST-O-BEND, INC
PO BOX 548
SAND SPRINGS, OK 74063

CHEMSTATION OF THE OZARKS, INC
1213 ESI DRIVE
SPRINGDALE, AR 72764

COOMBS, JEFFREY S
4112 S 130TH E AVE
APT 805
TULSA, OK 74134

CUSTOM STEEL PROCESSING (...
PO BOX 39
MADISON, IL 62060

CHEN, PHYLLIS L
4813 BAKER ST.
NORMAN, OK 73072

CORPORATION SERVICE COMPANY
PO  BOX 13397
PHILADELPHIA, PA 19101-3397

D & B PROCESSING
9750 S 219TH E AVE
BROKEN ARROW, OK 74014

DAILEY, GARRETT G.
17401 HWY 69 SO
CHOUTEAU, OK 74337

DENNY, GILBERT C.
6301 W 22 STREET
TULSA, OK 74107

DIGBY LP CONTROLS
PO BOX 470286
TULSA, OK 74147

DAS HR CONSULTING LLC
729 GRAPEVINE HWY
SUITE 434
HURST, TX 76054

DENTON, TERESA P.
1407 E 52ND STREET
TULSA, OK 74105

ECAD INC
PO BOX 51507
MIDLAND, TX 79710-1507

DAVEY, JACKIE L.
3409 W. 109TH STREET SO.
SAPULPA, OK 74066

DEPARTMENT OF ENVIRONMENTAL QUALITY
P.O. BOX 2036
OKLAHOMA CITY, OK 73101

ECOM CO
1318 COMMERCE AVE
WOODLAND, CA 95776

DAVIS, CARL A.
8716 E 86TH ST
TULSA, OK 74133

DIAMOND SECURITY & INVESTIGATION SERVICE
PO BOX 772
TULSA, OK 74101

EDGEN MURRAY LUMBER COMPANY
4221 E. PINE STREET
TULSA, OK 74115-5141

DAVIS, THOMAS F
1122 E 144 PL SOUTH
GLENPOOL, OK 74033

DIN, JAMAL M.
8402 S 65TH E PLACE
TULSA, OK 74133

EDWARDS, GEORGE R C/O TAW
P O BOX 44
CALLENDER, IA 50523

DAWKINS, LAJOHNA A.
8826 S DELAWARE AVE
APT. 5
TULSA, OK 74137

DNOW L.P.
PO BOX 200822
DALLAS, TX 75320-0822

ELASTOMER SPECIALTIES, Ip
2210 S HWY 69
WAGONER, OK 74467

DEL-TECH MANUFACTURING INC.
9703 PENN ROAD
PRINCE GEORGE, BC V2N 5T6

DONOHUE SERVICES
7676 EAST 46TH PLACE
TULSA, OK 74145

ELDERFIELD & HALL INC
222 N MAPLEWOOD
DEPARTMENT 20-8012
CHICAGO, IL 60612

DELAWARE SECRETARY OF STATE
33 LEWIS ROAD
BINGHAMTON, NY 13905

DOYLE, JORDAN E
18321 S 131 E AVE
BIXBY, OK 74008

ELEMENT MATERIALS TECHNOA
14805 YORKTOWN PLAZA DRIV
HOUSTON, TX 77040

DELGADO, ANIBAL
4307 MAPLE GABLES LANE
HUMBLE, TX 77396

DURANT, JERMEKO
10643 E. 33RD PLACE
TULSA, OK 74146

ELLIOTT INDUSTRIAL
6789 Main Street
Buffalo, NY 14221

DELL MARKETING L.P. (REMIT)
C/O DELL USA L/P
DALLAS, TX 75267-6021

DURR, JAMES A
3808 DEERBROOK CT
EDMOND, OK 73003

EPAC SOFTWARE TECHNOLOGI
42 LADD STREET
SUITE 316
EAST GREENWICH, RI 02818

```
ERI SOLUTIONS INC            FINN DIXON & HOOLE LLP        FITZEL FREIGHTWAY LLC
125 N FIRST STREET           SIX LANDMARK SQUARE           P.O. BOX 271
COLWICH, KS 67030            STAMFORD, CT 06901-2704       CLYDE, NY 14433


ESCO TOOL                    FINTUBE, LLC                  FULLER, DAVID W
75 OCTOBER HILL ROAD         555 West 41st Street          19432 S 365TH E AVE
HOLLISTON, MA 01746          Tulsa, OK 74107               PORTER, OK 74454


ESTES, BRIAN D.              FIREMASTER-MIDWEST REGION     GALVAN, NAZARIO
4709 S. 27TH W. AVE.         PO BOX 121019                 12513 E 28TH PLACE
TULSA, OK 74107              DALLAS, TX 75312-1019         TULSA, OK 74129


EVANS ENTERPRISES - TULSA    FIRST ADVANTAGE LNS SCREENING SOLUTIONS  GARVIN, JEFFREY L.
PO BOX 1088                  PO BOX 403532                 1620 S. ELWOOD
Norman, OK 73070             ATLANTA, GA 30384-3532        APT L-22
                                                           TULSA, OK 74119


EVANS, RONALD D              FLAKE CO. H.G.                GELLCO UNIFORMS & SHOES I
27104 W 15TH                 14113 E. APACHE               907 SOUTH DETROIT AVENUE
SAND SPRINGS, OK 74063       TULSA, OK 74116               TULSA, OK 74120


EVOQUA  WATER TECHNOLOGIES LLC  FLEXIDER USA               GELTZ, CHARLES
2600 S 17TH AVE              PO BOX 74361                  423 S. 40TH W. AVE
BROADVIEW, IL 00060-1555     CLEVELAND, OH 44194-4361      TULSA, OK 74127


EXPERIAN INFORMATION SOLUTION INC  FOSTER, D. EARL         GIBSON, JIMMY L
PO BOX 881971                103 W. BOSTON                 2725 S 134 E AVE
LOS ANGELES, CA 90088-1971   BROKEN ARROW, OK 74012        TULSA, OK 74134


EXPRESS TEST CORPORATION     FRANDEN WOODARD FARRIS QUILLIN  GILGOOD, STANLEY VINCENT
3227 E. 31ST. STREET         2 W 2ND ST                    7771 S MEMORIAL DRIVE
TULSA, OK 74105-2443         SUITE 900                     #13301
                             TULSA, OK 74103               TULSA, OK 74133


FASTENAL COMPANY             FRANKS, CANDACE               GILLESPIE, DENNIS C.
PO BOX 1286                  P.O. BOX 1314                 609 W. 32ND PLACE
WINONA, MN 55987-1286        OWASSO, OK 74055              SAND SPRINGS, OK 74063


FIELDS, COREY                FRANZ TOOL COMPANY            GIVENS, JOSEPH C.
9725 E 15TH ST               1120 NORTH PENIEL             507 EAST E STREET
TULSA, OK 74128              OKLAHOMA CITY, OK 73127       JENKS, OK 74037
```

GOFF, DORA                      HAMBRICK, FERGUSON /OZ       HEPLER PUB AND ASSOCIATES
7608 E. 22ND PLACE              P.O. BOX 470245              7133 W 95TH STREET
TULSA, OK 74129                 TULSA, OK 74147-0245         OVERLAND PARK, KS 66212


GOODMAN WELDING SERVICE LLC     HAMILTON, JOSEPH             HEITGRAS, W.M. COMPANY
1306 S 220TH W AVE              2529 S 106TH E AVE           P.O. BOX 2044
SANDSPRINGS, OK 74063           TULSA, OK 74129              TULSA, OK 74101-2044


GRAINGER, W.W - *REMIT*         HAMPTON, MICKEY D.           HELM, JOSEPH A.
2300 E 18TH ST                  208 N. 15TH ST.              15600 WINDING CREEK DR
DEPT. 813149036                 COLLINSVILLE, OK 74021       COLLINSVILLE, OK 74021
KANSAS CITY, MO 64127


GRAINGER, W.W.                  HARDWICK, JUSTIN L.          HERITAGE CRYSTAL CLEAN L
10707 E. PINE STREET            5623 S. 88TH E. AVE          13621 COLLECTIONS CENTERD
TULSA, OK 74116-1549            TULSA, OK 74145              CHICAGO, IL 60693-0136


GRILO, ANTONIO                  HARE, LAURA L.               HERSHEL, JERAI L.
6705 S. ZUNIS AVE               11113 S. 2ND ST.             4224 BONAPARTE BLVD
#328                            JENKS, OK 74037              MIDWEST CITY, OK 73110
TULSA, OK 74136


GUARDIAN ,THE  - COMPANY OF AMERICA SECURITY GROUP          HESS, JAMES L.
2005 MARKET ST                  PO BOX 690843                907 W. 117TH ST. SO.
# 1920                          TULSA, OK 74169-0843         JENKS, OK 74037
PHILADELPHIA, PA 19103


GUARDIAN, THE                   HARRISON, MICHEAL            HI-LINE
PO BOX 677458                   5706 S. VANCOUVER AVE        PO BOX 972081
DALLAS, TX 75267-7458           TULSA, OK 74107              DALLAS, TX 75397-2081


H & E EQUIPMENT SERVICE INC     HASKELL GAS LLC              HIGGINBOTHAM, EMILY
PO BOX 849850                   600 S BROADWAY               12146 S. 234TH E. AVE.
DALLAS, TX 75284-9850           HASKELL, OK 74436            BROKEN ARROW, OK 74014


HAJOCA CORPORATION              HAWKINS, DENNIS D.           HIGGINBOTHAM, JASON T.
PO BOX 120937                   402272 W 2800 RD             12146 S. 234TH EAST AVE
DEPT. 0937                      RAMONA, OK 74061             BROKEN ARROW, OK 74014
DALLAS, TX 75312-0937


HALE, CLIFFORD W                HEALTHSMART BENEFIT SOLUTIONS HINTON, CHRISTOPHER L
37235 E 241ST SOUTH             PO BOX 841653                3520 KENNED ROAD
PORTER, OK 74454                DALLAS, TX 75284-1653        OKMULGEE, OK 74447

HOLLAND, RICHARD
4103 RUSTIC ROAD
SAND SPRINGS, OK 74063

IBT INC.
11221 E PINE ST
TULSA, OK 74116

INDUSTRIAL SPECIALTIES L
PO BOX 848545
DALLAS, TX 75284-8545


HOMESITE INSURANCE COMPANY
PO BOX 912470
Denver, CO 80291-2470

IMAGENET CONSULTING LLC
913 N BROADWAY AVENUE
OKLAHOMA CITY, OK 73102

INFINITI FINANCIAL SERVI
PO BOX 78133
PHOENIX, AZ 85062-8133


HUERTA, FRANCISCO A.
2618 E. NEWTON CT
TULSA, OK 74110

ImageNet Consulting, LLC
913 North Broadway
Oklahoma City, OK 73102

INSIGHT SOFTWARE .COM IN
5613 DTC PARKWAY
STE 950
GREENWOOD VILLAGE, CO 80


HUERTA, VICENTE S
2442 E 2ND ST
TULSA, OK 74104

IMPACT GSA
126 DEVONWOOD LANE
SUITE 101
DEVON, PA 19333

INSURANCE MANAGEMENT CON
16637 MLC LANE
ROCKVILLE, VA 23146


HULL, TERRY L.
14951 S 273 E AVE
COWETA, OK 74429

IMPERIAL INC
PO BOX 150040
TULSA, OK 74115

INSURANCE MANAGEMENT CON
PO BOX 70964
Richmond, VA 23255


HURT, BOBBY D
14600 W 16TH STREET
LOT 35
SAND SPRINGS, OK 74063

INCO METAL INC.
34443 CLIFFCREEK COURT
WESLEY CHAPEL, FL 33545

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-003


HUSS, PHILIP N.
2540 CEDAR DR
SAPULPA, OK 74066

INDUSTRIAL CONTROLS OF OKLAHOMA INC
6767 EAST VIRGIN ST.
TULSA, OK 74115-3613

IRA ENGRAVING LLC
5901 LEWIS ROAD
SANDSTON, VA 23150


HYDRO-CHART
PO BOX 472152
TULSA, OK 74147-2152

INDUSTRIAL OILS UNLIMITED,LLC
P O BOX 100
BIXBY, OK 74008-0100

IRIS
1115 W. 41ST STREET
TULSA, OK 74107


HYMER, KEITH E.
4307 S POPLAR AVE
BROKEN ARROW, OK 74011

INDUSTRIAL PIPING SPECIALIST
P.O. BOX 581270
TULSA, OK 74158-1270

ISHMAEL, KEVIN
539 NORTH FOREST
JENKS, OK 74037


IBT INC  - REMIT
PO BOX 873065
KANSAS CITY, MO 64187-3065

INDUSTRIAL SOLUTIONS & INNOVATION,
PO BOX 669
ALVIN, TX 77512

ITCO, SALES INC.
6700 SOUTHWEST BLVD.
TULSA, OK 74107

J.R.W. INC
13000 S ELWOOD AVE
JENKS, OK 74037

KANADA, RICHARD A.
PO BOX 356
MOUNDS, OK 74047

1231 E MCLOED
SAPULPA, OK 74066

JACKIE COOPER IMPORTS OF TULSA
9393 S. MEMORIAL
TULSA, OK 74133

JONES, DANIEL L
6103 S 204 ST W
BOYNTON, OK 74422

KAUCHO QUIMICO S.A. DE C
LAGO CHALCO #191
CIUDAD DE MEXICO 11320

JACKSON, BOBBY
11617 EAST 83RD STREET NORTH
APT B
OWASSO, OK 74055

JONES, MICHAEL KEVIN
116 HIDDEN BRANCH ROAD
OWENS CROSS ROADS, AL 35763

KENT CORPORATION
P.O. BOX 73038
CLEVELAND, OH 44193

JACOBS, DUSTIN
2608 S. 52ND
TULSA, OK 74107

JONES, RICHARD
2228 S. GARY AVE.
TULSA, OK 74114

KESSNER, SUSAN G
P O BOX 792
SPERRY, OK 74073

JACOBS, REX
19587 COYOTE DR.
CLAREMORE, OK 74019

JONES, ROBERT L
5323 W 29TH STREET
TULSA, OK 74107

KILLIAN, BEVERLY G.
3411 E 142 ST. SOUTH
BIXBY, OK 74008

JADTIS INDUSTRIES, LP
13365 BRANCH VIEW LANE
DALLAS, TX 75234

JONES, SEAN M
6111 S. 204TH ST W
BOYNTON, OK 74422-7442

KINETIC CO INC, THE
PO BOX 200
GREENDALE, WI 53129-0200

JARVIS, DIANNA K.
2724 E THIRD STREET
TULSA, OK 74104

JONES, SHANNA
3524 EAST AURORA STREET
BROKEN ARROW, OK 74014

KING, ROBERT
5232 S. 203RD W. AVE
SAND SPRINGS, OK 74063

JOHNSON, BILLY J.
520 S. 24TH
BROKEN ARROW, OK 74014

JONES, STANLEY
623 W SPRUCE
HASKELL, OK 74436

KIRBY, DARRYL
PO BOX 1301
HASKELL, OK 74436

JOHNSON, MARTIN G.
P O BOX 656
GLENPOOL, OK 74033

JONES, STEVEN L
6111 S. 204 ST W.
BOYNTON, OK 74422

KIRBY, GARY
PO BOX 891
HASKELL, OK 74436

JOHNSON, RENEE
23002 S. LEOLA LANE
CLARMORE, OK 74019

JUAREZ-LOPEZ, JUAN CARLOS
6243 S FULTON AVE
TULSA, OK 74136

KLOECKNER METALS CORPORA
4606 SINGLETON BLVD.
DALLAS, TX 75212

5640 SOUTH MEMORIAL DRIVE
TULSA, OK 74145

5107 S 33RD W AVE
TULSA, OK 74107

1715 S. EVANSTON AVE
TULSA, OK 74104


KOONCE, TORIN
4716 S. BOSTON PL.
TULSA, OK 74105

LOFTIN, JAMES N
2304 ELGIN AVENUE
MUSKOGEE, OK 74401

MARKS QUALITY TREE CARE
1220 WEST 41ST STREET
TULSA, OK 74107


KOONS & ASSOCIATES
P.O. BOX 470161
TULSA, OK 74147

LOWE, ANDREW
2418 RIVERSIDE CIR
WICHITA, KS 67205

MARQUEZ, OSCAR A.
8866 E TIMBER CIRCLE
CATOOSA, OK 74015


LAIZURE, MADELINE
1543 SWAN DR.
TULSA, OK 74120

LOWRY, SCOTT
1516 W. FULTON PLACE
BROKEN ARROW, OK 74012

MARSH USA INC OKLAHOMA
PO BOX 846015
DALLAS, TX 75284-6015


LANE, CRAIG A
3390 S 61 WEST AVE
TULSA, OK 74107

LUCAS ASSOCIATES INC
PO BOX 638364
CINCINNATI, OH 45263-8364

MARTIN, JON
106 BIG OAK DRIVE
SENECA, SC 29672


LARKIN, CHRIS K.
6737 E 6TH STREET
TULSA, OK 74112-4403

MAC'S HYDRAULIC JACK SERVICE INC
5150 S 100TH E AVE.
TULSA, OK 74146

MARTINEZ, JUSTIN
8134 E. 107TH ST. SO.
TULSA, OK 74133


LATHAM, SAMUEL H
300 HINTON STREET
#31
MANNFORD, OK 74044

MACIAS, RODRIGO
4301 S 109TH EAST AVENUE
APT 406
TULSA, OK 74146

MATTHEWS INTERNATIONAL C
PO BOX 536621
PITTSBURGH, PA 15253-590


LAWSON, DICKIE L.
721 SOUTH LINDEN
SAPULPA, OK 74066

MACK, PHILLIP L
1133 S BRADEN AVE
TULSA, OK 74112

MATTHEWSON, DAVID L.
14219 WILLOW DR.
OOLOGAH, OK 74053


LEE SUPPLY
P.O. BOX 1475
TULSA, OK 74101-1475

MAGNETIC ANALYSIS CORPORATION
PO BOX 95000-5740
PHILADELPHIA, PA 19195-5740

MATTSCO SUPPLY COMPANY
1111 N 161ST EAST AVE
TULSA, OK 74116


LEGENDRE, DENNIS E
9845 FRANKOMA RD.
LOT 5
SAPULPA, OK 74066

MAKE-A-WISH FOUNDATION OF AMERICA
3550 N CENTRAL AVENUE
SUITE 300
PHOENIX, AZ 85012-2127

MCCLOUD, ROBERT D
8805 N CHEYENNE
SPERRY, OK 74073

MCKAY, MICHAEL
1502 BENTON BOULEVARD
APT 9307
POOLER, GA 31322

MEZA, HUMBERTO
5715 E. HASKELL PL
TULSA, OK 74115

MORGAN INDUSTRIAL TECHNO
1702 WEST BOAT ST
OZARK, MO 65721


MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680-7690

MIAMI VALLEY STEEL SERVICE INC
PO BOX 932266
ATLANTA, GA 31193-2266

MORRIS, DEBBIE R
415 WASHINGTON
SAND SPRINGS, OK 74063


MDT INC MARINE DESIGN TECHNOLOG
6666 S SHERIDAN RD
SUITE 102
TULSA, OK 74133

MICHIGAN SEAMLESS TUBE LLC (PL-R
400 MCMUNN STREET
SOUTH LYON, MI 48178

MORRIS, DIONTRE M
4624 NORTH TROOST AVE
TULSA, OK 74126


MEDNOW URGENT CARE CENTER LLC
PO BOX 3940
BROKEN ARROW, OK 74013-3940

MILLER, JAMES P.
6911 E. 71ST PLACE
TULSA, OK 74133

MOTHER NATURES INC
PO BOX 471440
TULSA, OK 74147-1440


MEEK, LISA
17007 EAST 110TH STREET NORTH
OWASSO, OK 74055

MILLER, KURT BLAINE
1598 E. 59TH ST.
TULSA, OK 74105

MOUSE, JB
144 NE 460 LN
SPAVINAW, OK 74366


MEEKS ELECTRICAL SERVICE INC
PO BOX 14066
TULSA, OK 74159

MINET, CLINT
405 LOOP DRIVE
SAND SPRINGS, OK 74063

MURRAY, STEPHEN ALLEN
25916 W. 27TH ST
SAND SPRINGS, OK 74063


MELTON, MICHAEL J.
3612 E 142 STREET
BIXBY, OK 74008

MINTON, BLAKE
426 W. LOS ANGELES PL
BROKEN ARROW, OK 74011

NAJERA, CHRIS R
11912 E 112TH PLACE NORTH
OWASSO, OK 74055


MEMBRENO, JAVIER
4422 S 109TH E AVE
APT #414
TULSA, OK 74146

MOCAP, LLC.
409 PARKWAY DRIVE
PARK HILLS, MO 63601

NAMEPLATES, INC.
P.O. BOX 4608
TULSA, OK 74159


METAL CUTTING SUPPLY, INC.
P.O. BOX 690777
TULSA, OK 74169-0777

MOHAWK MATERIALS CO INC
PO BOX 640
SAND SPRINGS, OK 74063

NATIONAL BOARD OF BOILER
1055 CRUPPER AVE
COLUMBUS, OH 43229


METALS INC
PO BOX 205462
DALLAS, TX 75320-5462

MOLLY D MCKAY PC
6510 E 24TH STREET
TULSA, OK 74129

NATIONAL METAL FABRICATO
2395 GREENLEAF AVENUE
ELK GROVE VILLAGE, IL 60

NEAL, JAMES M
11334 E 23RD STREET
APT E
TULSA, OK 74129

OKLAHOMA TAX COMMISSION - BANKRUPTCY
P.O. BOX 26800
OKLAHOMA CITY, OK 73126-0860

PENTAIR SALES HOLDING LLC
4005 NW EXPRESSWAY
OKLAHOMA CITY, OK 73116

NEILSON MANUFACTURING
3517 CHARLES PAGE BLVD
TULSA, OK 74127

OKLAHOMA WATER RESOURCES BOARD
3800 N CLASSEN BLVD
OKLAHOMA CITY, OK 73118

PENTAIR THERMAL HOLDING LL
PO BOX 121226
DEPT. 1226
DALLAS, TX 75312-1226

NELSON TOOL CORPORATION
388 N. COUNTY LINE ROAD
SUNBURY, OH 43074

OLDEN, BILLY M.
2010 WEST UTE ST
TULSA, OK 74127

PHILLIPS, SAMMY
7900 S. 33RD W. AVE.
TULSA, OK 74132

NEW LIFE MAINTENANCE AND REPAIR SERVICE
2522 E 74TH CT
TULSA, OK 74136

ONESBEACON INSURANCE COMPANY
PO BOX 277908
ATLANTA, GA 30384-7908

PINKSTON, LANCE D.
6617 S. 92ND E. AVE.
TULSA, OK 74133

NEWAVE SOLUTIONS LLC
5802 SO 129TH E. AVE
TULSA, OK 74134

OSBORN, LORI A
1527 E OMAHA STREET
A6
BROKEN ARROW, OK 74012

PITNEY BOWES BANK INC DBA
PO BOX 223648
PITTSBURGH, PA 15250-264

O'NEAL FLAT ROLLED METALS
P.O. BOX 951858
DALLAS, TX 75395-1858

OTIS ELEVATOR COMPANY
P.O. BOX 730400
DALLAS, TX 75373-0400

PITNEY BOWES GLOBAL FINAN
PO BOX 371887
PITTSBURGH, PA 15250-788

OIL SKIMMERS, INC.
12800 YORK ROAD
SUITE G
CLEVELAND, OH 44133

OZARK STEEL LLC
908 WEST 41ST STREET
TULSA, OK 74107

POTOMAC EQUITIES REALTY C
2610 FAIRMOUNT ST
DALLAS, TX 75201

OKLAHOMA DEPT OF LABOR
3017 N. STILES
SUITE 100
OKLAHOMA CITY, OK 73105

PANNIER CORPORATION
207 SANDUSKY ST.
PITTSBURGH, PA 15212-5823

PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE, IL 60055-0660

OKLAHOMA NATURAL GAS CO-OKC
PO BOX 219296
KANSAS CITY, MO 64121-9296

PARKER, MARY A
2862 W 113 ST SOUTH
JENKS, OK 74037

PRAY WALKER PC
100 WEST 5TH
TULSA, OK 74103

OKLAHOMA TAX COMMISSION - TAX PAYER ASS
P.O. BOX 26800
OKLAHOMA CITY, OK 73126-0920

PAYLESS OF NEW YORK LLC
LOCKBOX #732954
DALLAS, TX 75373-2954

PRECIADO, TONY A.
222 ARCADIA LANE
SAPULPA, OK 74066

PRECISION CUTTING GAUGE CO.          PUBLIC SERVICE COMPANY OF OKLA         REPUMP, X 2001 S.A. DE C.V.
1214 SOUTH JOPLIN                    P.O. BOX 24421                         AV. FIDEL VELAZQUEZ #1301P
TULSA, OK 74112                      CANTON, OH 44701-4421                  MONTEREY 64260


Precision Metal Services, Inc       Q WORKS GROUP, THE                     ROLL-KRAFT, INC.
418 STUMP ROAD                      1057  RED VENTURES DRIVE               P.O. BOX 74003
MONTGOMERYVILLE, PA 18936           FORT MILL, SC 29707                    CLEVELAND, OH 44191-4003


PRESSURE VESSEL ENGINEERING LTD     RAMBACH, MOLLY                         ROLLED ALLOYS
120 RANDALL DRIVE                   11637 N. 103RD EAST AVE                125 WEST STERNS ROAD
SUITE B                             COLLINSVILLE, OK 74021                 TEMPERANCE, MI 48182-031
WATERLOO, ON N2V 1C6


PRINGLE CALIBRATION SERVICE         RAMIREZ, GEMMA                         ROMERO, CESAR M
1077 E 132ND PLACE                  6222 S. 107TH E. AVE                   2300 KATHRYN LN
GLENPOOL, OK 74033                  APT #1                                 APT 915
                                    TULSA, OK 74133                        PLANO, TX 75025


PRO OVERHEAD DOOR, INC.             RAMIREZ, GERARDO M.                    ROSA, JACINTO A
3101 W ALBANY ST                    10621 E 67TH SOUTH                     4806 E 113TH PLACE
BROKEN ARROW, OK 74012              APT #72                                Tulsa, OK 74137
                                    TULSA, OK 74133


PROPERTY TAX ADVOCATE, LLC          RAYMOND A MILLER JR DBA THE MILLER     ROSE, MARK
2720 N HEMLOCK CT                   1401 S BOULDER AVE                     PLACE
BROKEN ARROW, OK 74012-1194         TULSA, OK 74119-3649


PROSERV BUSINESS PRODUCTS LLC       RAYMOND HILDRETH                       ROSEN SYSTEMS INC
4444 S 74TH E AVE                   2603-D SOUTH MEMORIAL DR               2323 LANGFORD STREET
TULSA, OK 74145                     TULSA, OK 74129                        DALLAS, TX 75208


PROTECTION CONTROLS INC.            RED BUD AIR FILTER SALES & SERVICES    RSM US LLP
PO BOX 287                          PO BOX 963                             5155 PAYSPHERE CIRCLE
SKOKIE, IL 60076                    LOWELL, AR 72745                       CHICAGO, IL 60674


PROTEM USA  LLC                     REXEL                                  RULE COMPANY, THE - Rock
29340 INDUSTRIAL WAY                P.O. BOX 844519                        616 S. Rockford Ave.
UNIT 402                            DALLAS, TX 75284-4519                  Tulsa, OK 74120
EVERGREEN, CO 80439


PRUITT, KENNY E                     RIDDLE, JAMES W.                       RUSCO PACKAGING
1408 S DARLINGTON AVENUE            210 S MAPLE ST                         BOX 226685
TULSA, OK 74112                     TALALA, OK 74080                       DALLAS, TX 75222-6685

P.O. BOX 21788
TULSA, OK 74121-1788

3699 S 73 E AVE
TULSA, OK 74145

2212 W 44 STREET
TULSA, OK 74107


S O T ABRASIVES & EQUIPMENT
10750 METRIC DR
DALLAS, TX 75243

SHETTY, SANAT A.
3800 W. EL PASO
BROKEN ARROW, OK 74012

SMITH, DAVID P.
1522 W. 47TH ST.
TULSA, OK 74107


SAM'S CLUB
PO BOX 530981
ATLANTA, GA 30353-0981

SHIELDS, LINDA E
2903 S HUDSON AVENUE
TULSA, OK 74114

SMITH, LARAMIE R.
8314 N. 125TH E. AVE
OWASSO, OK 74055


SANDOVAL, JOSE
715 N 72ND E AVE
TULSA, OK 74115

SHON KEINO POINTER /LONE WIFE MEDLOCK
4220 N DELAWARE AVE
TULSA, OK 74110

SNODGRASS, RANDALL W.
17258 SHELL CREEK RD.
SAND SPRINGS, OK 74063


SCHOOLEY, GARY L.
6873 W. OLD KEYSTONE RD.
CLEVELAND, OK 74020

SHORT, RICKY
15381 N. 149TH EAST. AVE.
COLLINSVILLE, OK 74021

SOTO, MARTIN
5680 S PEORIA AVE
APT. 105
TULSA, OK 74105-7806


SCHUTRUM, JEFFERY
801 E HIDDENVIEW DR
PHOENIX, AZ 85048

SHREDDERS INC
PO BOX 570997
TULSA, OK 74157-0997

SOUTHERN CARLSON, INC.
650 SANDEN BLVD
WYLIE, TX 75098-4948


SCHWERMER, BRIAN ROBERT
4933 S 204TH E AVE
BROKEN ARROW, OK 74014

SIEMENS INDUSTRY INC
PO BOX 2715
CAROL STREAM, IL 60132

SOUTHWEST STAINLESS & AL
PO BOX 951037
DALLAS, TX 75395-1037


SCHWINGS PERFORMANCE
3501 S MISSION LN
OKMULGEE, OK 74447

SIGMA SALES INC
7737 E 42nd PL
STE. E
TULSA, OK 74145-6306

SOUTHWEST TECHNICAL SERV
3209 HIDDEN COVE DR
PLANO, TX 75075


SEXTON, JOHN I.
14720 S. 97TH W. AVE
SAPULPA, OK 74066

SILCOTT, KYLE W
205 W 41ST STREET
SAND SPRINGS, OK 74063

SPRINGPOINT TECHNOLOGIES
P.O. BOX 720971
NORMAN, OK 73070


SHELLEY, DUSTIN
6548 E 27TH ST.
TULSA, OK 74129

SINGLETARY COMPANY, THE
500 SOUTH 12TH STREET
BROKEN ARROW, OK 74012

ST. LOUIS PIPE & SUPPLY I
17740 Edison Avenue
Chesterfield, MO 63005-1

STANLEY CONVERGENT SECURITY SOLUTIONS INC
DEPT CH 10651
PALATINE, IL 60055-0651

691 N 28TH WEST PLACE
TULSA, OK 74127

9019 SOMERSET BAY LANE
VERO BEACH, FL 32963

STAR SU LLC
PO BOX 771850
DETROIT, MI 48277-1850

TEKTRONIX INC.
7416 COLLECTION CENTER DR
CHICAGO, IL 60693

TIMOTHY R BUHL - EXPENSE
9019 SOMERSET BAY LANE
VERO BEACH, FL 32963

STEEL SERVICE COMPANY, INC.
24412 AMAH PARKWAY
CLAREMORE, OK 74019

TEMP, 14
555 W. 41ST. ST.
TULSA, OK 74107

Timothy Trump
Connor & Winters
4000 One Williams Center
Tulsa, OK 74172

STEELTECH, LTD.
1251 PHILLIPS AVE. S.W.
GRAND RAPIDS, MI 49507-1589

TERRACON CONSULTANTS INC
PO BOX 959673
ST LOUIS, MO 63195-9673

TINGLER JR., RICHARD A.
305 N FIR PLACE
BROKEN ARROW, OK 74012

STEPHENS, EDDIE W.
107 S. NEW HAVEN AVE
TULSA, OK 74112

THERMAL SPECIALTIES  INC
6314 E 15th STREET
TULSA, OK 74112

TINGLER, JACQUELYN
305 N. FIR PLACE
BROKEN ARROW, OK 74012

STILES, NICHOLE R.
1416 E. 64TH ST.
TULSA, OK 74136

THERMAL SPECIALTIES - HEAT TREAT
8536 S. 89th W. AVE.
TULSA, OK 74131

TORRES, VICTOR M
3707 W 42ND PLACE
TULSA, OK 74107

STUART C. IRBY CO.
P O BOX 843959
DALLAS, TX 75284

Thermatool Corp.
31 COMMERCE STREET
East Haven, CT 06512

TOWNSEND, JOHN N
1415 N KINGSTON AVENUE
TULSA, OK 74115

SUMRALL, STEPHANIE D.
720 S MARYLAND AVE
CLAREMORE, OK 74017

THOMASON, WILLIAM
310 W. ELBERTA AVE
#17
PORTER, OK 74454

TRACE 1 CALIBRATIONS
5865 SOUTH GARNETT
TULSA, OK 74146

SURFACE COMBUSTION, INC. - REMIT
PO BOX 634088
CINCINNATI, OH 45263-4088

THORCO HOLDINGS LLC  PURCHASING
PO BOX 21228
DEPT # 282
TULSA, OK 74121

TREVINO, DANA A.
3634 S. LOUISVILLE AVE
TULSA, OK 74135

SYNERGY GAS CORP.
3602 NORTH MINGO VALLEY EXPY.
TULSA, OK 74116-5028

TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074

TUBES, INC. - Tulsa
P.O. BOX 660367
MAIL CODE 5040
DALLAS, TX 75266-0367

| | | |
|---|---|---|
| TULSA AIR COMPRESSOR<br>P.O. BOX 33206<br>TULSA, OK 74153 | UFPACIFIC TRUCK AND SERVICE<br>4717 S MINGO ROAD<br># E<br>TULSA, OK 74146 | WALTERS, ANITA S<br>5006 ROBERT E LEE TRAIL<br>SAND SPRINGS, OK 74063 |
| Tulsa Combustion LLC<br>2300 S. Adams Road<br>Sand Springs, OK 74063 | VICTOR WELDING SUPPLY<br>123 SOUTH PEORIA<br>TULSA, OK 74120-2013 | WEST, AARON T<br>P.O. BOX 1593<br>GENTRY, AR 74134 |
| TULSA COUNTY TREASURER<br>500 S. DENVER AVE.<br>3RD FLOOR<br>TULSA, OK 74103-3840 | VIZCARRA, HUMBERTO G.<br>4216 E. INDEPENDENCE STREET<br>TULSA, OK 74115 | WEST, MARK L.<br>1811 N BOSTON PLACE<br>TULSA, OK 74106 |
| TULSA PACKING SPECIALIST, INC<br>4245 S JACKSON AVE<br>TULSA, OK 74107 | VOYA  INSURANCE & ANNUITY COMPANY<br>909 LOCUST STREET<br>DES MOINES, IA 50309-2803 | WALKER, HAROLD D.<br>2205 E SEMINOLE<br>TULSA, OK 74110 |
| TYLER, CAROLYN A<br>2928 W 41ST<br>TULSA, OK 74107 | VPAY  - STONEEAGLE SERVICE INC<br>111 W SPRING VALLEY RD<br>#100<br>RICHARDSON, TX 75081 | WILLIAM TANNER INC<br>10103 SOUTH 198 EAST AVE<br>BROKEN ARROW, OK 74014 |
| Ultra Transport, Inc.<br>14213 TRANSPORTATION AVENIU<br>LAREDO, TX 78042 | WALL, LARRY D<br>1360 E. LEISURE LANE<br>CLEVELAND, OK 74020 | WILLIAMS, DARRYL<br>301 WEST QUANTICO STREET<br>BROKEN ARROW, OK 74011 |
| UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM, IL 60132-0577 | WARD, ANDREW M<br>84 N SIOUX<br>SAND SPRINGS, OK 74063 | WILSON, GENE<br>7221 S. 66TH E. AVE<br>TULSA, OK 74133 |
| UNITED STATES TREASURY<br>DEPARTMENT OF THE TREASURY<br>CINCINNATI, OH 45999-0009 | WARD, SCOTTIE W<br>6107 S 204TH STREET WEST<br>BOYNTON, OK 74422 | WINDSTREAM CORPORATION<br>PO BOX 9001950<br>LOUISVILLE, KY 40290 |
| USA ROLLER CHAIN & SPROCKETS<br>P.O. BOX 783695<br>WINTER GARDEN, FL 34778 | WARES, JAMES D<br>19420 CEDAR ROAD<br>HENRYETTA, OK 74437 | WISDOM, JOHNSEY<br>2114 N. EVANSTON<br>TULSA, OK 74110 |
| USDEPTHHSCMS<br>7500 SECURITY BOULEVARD<br>BALTIMORE, MD 21244 | WCA LOGISTICS LLC      (CARTER)<br>643 BODEY CIRCLE<br>URBANA, OH 43078 | WOLFENBARGER, LARRY N.<br>2037 E RENO STREET<br>BROKEN ARROW, OK 74012 |

WRAY, JAMES B
8504 S WINSTON AVE
TULSA, OK 74137


WREN, JERRY L.
P. O. BOX 1981
MANNFORD, OK 74044


XEROX
PO BOX 7405
PASADENA, CA 91109-7405


YODER MANUFACTURING
4899-T COMMERCE PKWY.
CLEVELAND, OH 44128


YOUNG CO., J.D.
116 W. 3rd Street
Tulsa, OK 74103-3412


YOUNG, RONALD G.
13314 E. 166TH ST. N.
COLLINSVILLE, OK 74021


ZORICIC, ZELJKO
11551 E. 420 RD.
CLAREMORE, OK 74017

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Fintube, LLC**

Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fintube, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

Debtor is an Oklahoma limited liability company.  Debtor is wholly owned by Fintube Holdings, LLC, a Delaware limited liability company.

**June 27, 2017**

Date

**/s/ Sam G. Bratton**

**Sam G. Bratton, OBA No. 1086**

Signature of Attorney or Litigant
Counsel for   **Fintube, LLC**

**Doerner, Saunders, Daniel & Anderson, L.L.P.**

**Two West Second Street, Suite 700**
**Tulsa, OK 74103-3117**
**(918) 582-1211**
**sbratton@dsda.com**