UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                      )
                                            )
FINTUBE, LLC,                               )        Case No. 17-11274-M
                                            )        Chapter 11
            Debtor.                         )

### AMENDED[1] NOTICE OF APPOINTMENT OF CREDITORS' COMMITTEE

Samuel K. Crocker, United States Trustee for Region 20, hereby gives notice of the appointment of the Official Committee of Unsecured Creditors for Debtor Fintube, LLC. The following creditors shall serve as members of the committee:

| Creditor: | Representative: |
|---|---|
| Bluewater LLC | Travis Short |
| d/b/a Springpoint Managed Service | (918) 584-3300 |
| 4755 E. 91st St., Ste. 100 | (918) 584-6100 Facsimile |
| Tulsa, OK 74137 | tshort@myspringpoint.com |
| | |
| | Counsel: |
| | Newton O'Connor Turner & Ketchum |
| | 2700 Bank of America Center |
| | 15 W. Sixth St. |
| | Tulsa, OK 74119 |
| | (918) 587-0101 |

| Creditor: | Representative: |
|---|---|
| Custom Steel Processing | Patrick Notestrine Jr. |
| 1001 College St. | (314) 452-6507 |
| P. O. Box 39 | pnotestrine@customsteelpro.com |
| Madison, IL  62060 | |
| | Counsel: |
| | Thompson Coburn |
| | Attn:  Mark V. Bossi |
| | 1 USBank Plaza |
| | St. Louis, MO 63101 |
| | (314) 552-6501 |
| | mbossi@thompsoncoburn.com |

---

[1] Amended to add O'Neal Flat Rolled Metals, Inc.

1

| Creditor:<br>Lee Supply Co.<br>821 E. Independence St.<br>Tulsa, OK 74106 | Representative:<br>Dennis Lee<br>(918) 587-8181<br>(918) 877-0142 Facsimile<br>dennis.lee@lee-supply.com<br><br>Counsel:<br>Hall Estill<br>Attn: Andy Wolov<br>320 S. Boston, Ste. 320<br>Tulsa, OK 74103<br>(918) 594-0416<br>awolov@hallestill.com |
|---|---|
| Creditor:<br>O'Neal Flat Rolled Metals, Inc.<br>1229 S. Fulton Ave.<br>Brighton, CO 80601 | Contact:<br>Cyndi Wallin<br>(303) 654-0300<br>(303) 654-0404 Facsimile<br>cyndi.wallin@OFRmetals.com<br><br>Counsel:<br>Squire Patton Boggs, LLP<br>Attn: Elliot Smith<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>elliot.smith@squirepb.com |

Dated: July 12, 2017

UNITED STATES TRUSTEE
SAMUEL K. CROCKER

 */s/ Bonnie N. Hackler*
 Katherine Vance, OBA #9175
 Paul Thomas, OBA # 11546
 Bonnie N. Hackler, OBA #18392
 Assistant U. S. Trustee
 224 S. Boulder Ave., Ste. 225
 Tulsa, OK 74103
 (918) 581-6670 Telephone
 (918) 581-6674 Facsimile
 bonnie.hackler@usdoj.gov Email

## CERTIFICATE OF SERVICE

I, the undersigned, hereby give notice that on the 12th day of July, 2017, I sent via email and first class United States mail a true and correct copy of the *Amended Notice of Appointment of Official Committee of Unsecured Creditors* to the Debtor's *List of Creditors Who Have the 20 Largest Unsecured Claims*, including creditors to serve on the committee, per the email addresses set forth on the attached list.

In addition, on the 11th day of July, 2017, I sent via first class United States mail a true and correct copy of the *Notice of Appointment of Official Committee of Unsecured Creditors*, and to the following:

Debtor
Fintube, LLC
555 W. 41st St.
Tulsa, OK 74137

Counsel for the Debtor
Sam Bratton
Doerner, Saunders, Daniel & Anderson, LLP
2 W. 2nd St., Ste. 700 |
Tulsa, OK 74103

Counsel for Bank of Oklahoma
Timothy Trump
Andrew Turner
Conner & Winters, LLP
4000 One Williams Ctr.
Tulsa, OK 74172

In addition, all parties receiving ECF notices in the above case were served upon the filing of this document.

                                           */s/ Bonnie N. Hackler*
                                           Bonnie N. Hackler