IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re | Case No. 17-11274-M |
| FINTUBE, LLC, | Chapter 11 |
| Debtor. | |



Filed/Docketed
Nov 22, 2017

**ORDER FOR EXPEDITED HEARING ON LIMITED NOTICE
ON DEBTOR'S MOTION FOR APPROVAL OF PROCEDURES FOR SALE OF
SUBSTANTIALLY ALL OF THE PROPERTY OF THE ESTATE BY AUCTION; APPROVAL
OF THE FORM OF NOTICE OF THE SALE AND NOTICE OF THE SALE HEARING AND
REQUEST THAT NO NOTICE HEREOF BE REQUIRED OR, IN THE ALTERNATIVE
THAT A HEARING HEREON BE SET ON SHORTENED AND LIMITED NOTICE**

Pursuant to the Debtor's Motion for Approval of Procedures for Sale of Substantially All of the Property of the Estate by Auction; Approval of the Form of Notice of the Sale and Notice of the Sale Hearing and Request that No Notice Hereof Be Required or, in the Alternative that a Hearing Hereon Be Set on Shortened and Limited Notice, filed November 21, 2017 (Doc. No. 151) ("Procedures Motion") and the Debtor's request therein for a hearing on the Procedures Motion on shortened and limited notice, for good cause shown therein, IT IS:

ORDERED

1. A hearing on the Procedures Motion is set for the 5th day of December, 2017 at 10:00 o'clock a.m. in Courtroom No. 2, United States Bankruptcy Court, 224 S. Boulder Avenue, Tulsa, Oklahoma, 74103.

2. Objections to the Procedures Motion shall be filed prior to the hearing.

3. Debtor shall give notice hereof by transmitting a copy of the Procedures Motion and this Order by expedited means to BOKF, N.A., the Official Committee of Unsecured Creditors, the Office of the Assistant United States Trustee, the Twenty Largest Unsecured Creditors and all parties having entered an appearance and requesting notice in the case.

November 22, 2017

BY THE COURT:

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT